**UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

|   |   |   |
|---|---|---|
| | **:** | **Case No.  16-18218-amc** |
| **Donald J. Faltine, Jr.** | **:** | |
| **Cecilia A. Faltine** | **:** | |
| **Debtor(s)** | **:** | **Chapter 13** |

**PRAECIPE TO WITHDRAW PA HOUSING FINANCE AGENCY**
**PROOF OF CLAIM #4,**

**TO THE CLERK:**

Kindly withdraw Proof of Claim #4, PA Housing Finance Agency, which was filed on April 17, 2017, for the above captioned matter without prejudice.

RESPECTFULLY SUBMITTED,

BURKE & HESS

By:    */s/   Michael D. Hess*
Michael D. Hess, Esquire
Attorney for Debtor
1672 Manheim Pike
Lancaster, PA  17601
(717) 391-2911