# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-18218-AMC

DONALD J. FALTINE, JR.
CECILIA A. FALTINE
519 Pearl Street

Lancaster, PA 17603

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DONALD J. FALTINE, JR.
    CECILIA A. FALTINE
    519 Pearl Street

    Lancaster, PA 17603

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. HESS
    BURKE & HESS
    1672 MANHEIM PK
    LANCASTER, PA 17601-

Date: 7/14/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee