**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Donald J. Faltine | : | |
|    Cecilia A. Faltine | : | |
|          Debtors | : | Bankruptcy No. 16-18218-amc |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Michael D. Hess, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtor requests to retain jurisdiction at the Motion to Dismiss hearing on August 15, 2017, 2017, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349)b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall vest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on _____, 2017, at _____ in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties And file a Certification of Service on or before _____.

                                                                             _____
                                                                             Honorable Ashely M. Chan
                                                                             United States Bankruptcy Judge

| | |
|---|---|
| Michael D. Hess, Esq. | William C. Miller, Esquire |
| Counsel for Debtor | Chapter 13 Standing Trustee |
| 1672 Manheim Pike | 1234 Market Street, Suite 1813 |
| Lancaster, PA 17601 | Philadelphia, PA 19107 |

Donald & Cecilia Faltine
519 Pearl Street
Lancaster, PA 17603