# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

|  |  |  |
|---|---|---|
|  | : | **Case No. 16-18218-amc** |
| **Donald J. Faltine, Jr.** | : |  |
| **Cecilia A. Faltine** | : |  |
| Debtor(s) | : | **Chapter 13** |

## PRAECIPE TO WITHDRAW APPLICATION FOR COMPENSATION

**TO THE CLERK:**

Kindly withdraw our Application for Compensation, which was filed on August 15, 2017, for the above captioned matter without prejudice.

RESPECTFULLY SUBMITTED,

BURKE & HESS

By:    /s/   Michael D. Hess
Michael D. Hess, Esquire
Attorney for Debtor
1672 Manheim Pike
Lancaster, PA  17601
(717) 391-2911