# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Donald J. Faltine, Jr<br>Cecilia A. Faltine<br><br>      Debtor(s)<br><br>U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>      Movant<br>  vs.<br><br>Donald J. Faltine, Jr.<br>Cecilia A. Faltine<br>      Debtor(s)<br><br>William C. Miller<br>      Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-18218 AMC<br><br><br><br>11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 15th day of August, 2017 at Philadelphia, upon failure of Debtors and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 519 Pearl Street, Lancaster, PA 17603 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and to pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, the automatic stay, having been lifted, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action for enforcement of its right to possession of the Property.

                     _____
                     Ashely M. Chan, U.S. Bankruptcy Judge

Donald J. Faltine, Jr.
519 Pearl Street
Philadelphia, PA 17603

Cecilia A. Faltine
519 Pearl Street
Philadelphia, PA 17603

Michael D. Hess Esq.
951 Rohrerstown Road, Suite 102 (VIA ECF)
Lancaster, PA 17601

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532