UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Donald J. Faltine | : | |
|     Cecilia A. Faltine | : | |
|         Debtors | : | Bankruptcy No. 16-18218-amc |

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Michael D. Hess, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtor requests to retain jurisdiction at the Motion to Dismiss hearing on August 15, 2017, 2017, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349)b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall vest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on __September 12__, 2017, at __11:00 a.m__ in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties And file a Certification of Service on or before __August 21, 2017__.

**Date: August 16, 2017**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

Michael D. Hess, Esq.
Counsel for Debtor
1672 Manheim Pike
Lancaster, PA 17601

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Donald & Cecilia Faltine
519 Pearl Street
Lancaster, PA 17603