**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 16-18218-amc |
| | : | |
| **Donald J. Faltine** | : | Chapter 13 |
| **Cecilia A. Faltine** | : | |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of August, 2017, a true and correct copy of the Order Scheduling Hearing Date for Consideration of Application for Compensation was served upon the following by electronic means and by first class mail, postage prepaid on the addresses listed below and on attached pages:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

American Info Source LP as agent for Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

PA Housing Finance Agency
211 North Front Street
PO Box 15206
Harrisburg, PA 17105-5206

Pennsylvania Department of Revenue
Bankruptcy Division
PO BOX 280946
Harrisburg, PA 17128

                                              /s/ Linda M. McGaw
                                              Linda M. McGaw
                                              Burke & Hess
                                              1672 Manheim Pike
                                              Lancaster, PA 17601