United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-18218-amc
Donald J. Faltine, Jr.                                          Chapter 13
Cecilia A. Faltine
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Virginia              Page 1 of 1                  Date Rcvd: Aug 17, 2017
                             Form ID: pdf900             Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2017.
```
db/jdb         +Donald J. Faltine, Jr.,    Cecilia A. Faltine,    519 Pearl Street,    Lancaster, PA 17603-5036
13885993       +Burke & Hess,   1672 Manheim Pike,    Lancaster, PA 17601-3028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 18 2017 01:40:36      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2017 01:40:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13899907        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2017 01:41:39
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13829253        E-mail/Text: blegal@phfa.org Aug 18 2017 01:40:26      PA Housing Finance Agency,
                 211 North Front Street,    PO Box 15206,    Harrisburg, PA 17105-5206
13848922       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2017 01:40:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13916013       +E-mail/Text: blegal@phfa.org Aug 18 2017 01:40:26      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                               TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2017 at the address(es) listed below:
```
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Debtor Donald J. Faltine, Jr. amburke7@yahoo.com
              MICHAEL D. HESS    on behalf of Joint Debtor Cecilia A. Faltine amburke7@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13
    Donald J. Faltine :
    Cecilia A. Faltine :
        Debtors : Bankruptcy No. 16-18218-amc

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Michael D. Hess, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtor requests to retain jurisdiction at the Motion to Dismiss hearing on August 15, 2017, 2017, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349)b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall vest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on __September 12__, 2017, at __11:00 a.m.__ in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties And file a Certification of Service on or before __August 21, 2017__.

**Date: August 16, 2017**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

Michael D. Hess, Esq.
Counsel for Debtor
1672 Manheim Pike
Lancaster, PA 17601

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Donald & Cecilia Faltine
519 Pearl Street
Lancaster, PA 17603