UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Donald J. Faltine, Jr., | : | CASE NO: 16-18218-amc |
| Cecilia A. Faltine | : | |
| | : | CHAPTER 13 |
| | : | |
| DEBTORS | : | |

**ORDER**

AND NOW, this __12th__ day of __September__, 2017, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtor, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved and the applicant may receive fees of $3,546.00 and $146.01 for expense reimbursement.

_____
J. Ashely M. Chan